# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-16-00402-CV
_____

### IN RE GERALD HOOKS JR. AND LESLY K. HOLEN

**Original Proceeding**
172th District Court of Jefferson County, Texas
Trial Cause No. E-167,872

### ORDER

On my own motion, I recuse myself from further participation in this original proceeding, effective October 28, 2016.

ORDER ENTERED October 28, 2016.

_____
STEVE MCKEITHEN
Chief Justice